# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0930
Lower Tribunal No. 19-000512CP

_____

MELISSA MASON,

Appellant,

v.

TAYLOR RENEE WHISENANT, as Personal Representative of the ESTATE OF JUSTIN EMIL MASON, deceased,

Appellee.

_____

Appeal from the Circuit Court for Charlotte County.
Lisa S. Porter, Judge.

October 14, 2025

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.


Scott Faden, of The Law Offices of Scott N. Faden, Fort Myers, for Appellant.

Carmen Dellutri, of The Dellutri Law Group, P.A., Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED